## (February 15, 1960)

■ ANNA BALCH, Respondent, v. YETTA GROSSMAN et al., Respondents, and LAURA BERNSTEIN, Appellant.— Motion to dismiss appeals granted, without costs, and appeals dismissed. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

■ MANNIE FEDER, Doing Business as BEAM MUSIC Co., Appellant, v. FRANK CALIGUIRA, Doing Business as FRANK'S PIZZERIA AND RESTAURANT, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Under the circumstances disclosed by this record, is section 399 of the General Business Law (as added by L. 1953, ch. 701) applicable to the agreement between the parties? Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

■ NAT FREEDMAN, Plaintiff, and NATHAN BLACK et al., as Executors of JACOB H. KAPLAN, Deceased, et al., Appellants, v. MONTAGUE ASSOCIATES, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ MARGARET PORTER, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Ughetta, Kleinfeld and Brennan, JJ.; Pette, J., not voting.

■ GARLAND G. BENNETT, Appellant-Respondent, v. SALVATORE COSTANZO, Respondent, and JOHN A. CUNNINGHAM, Appellant.— In an action by a passenger in a motor vehicle, owned and operated by defendant Costanzo, to recover damages for personal injuries received when that vehicle was involved in a collision with a motor vehicle, owned and operated by defendant Cunningham, the jury rendered a verdict in favor of plaintiff against both defendants, but the court set aside the verdict against defendant Costanzo and dismissed the complaint as to him. Plaintiff appeals from so much of the judgment entered thereon as is in favor of defendant Costanzo against him, and defendant Cunningham appeals from so much of said judgment as is in favor of the plaintiff and against him. The evidence adduced indicates that the Cunningham car was proceeding in an easterly direction on the wrong side of the road and collided head on with the Costanzo car, which was proceeding in a westerly direction, causing the injuries complained of. Judgment unanimously affirmed, with costs to respondent, payable by appellant-respondent, and to appellant-respondent, payable by appellant. No opinion. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ.

■ ANNA DONAHUE, Respondent, v. OTTO P. ROMAHN, Appellant.— In an action to recover damages for personal injuries alleged to have been caused by the negligent operation of a motor vehicle, the appeal is from an order which (1) granted a motion for summary judgment striking out the answer, and (2) directed an assessment of damages. Respondent was asleep in the motor vehicle, which she owned and which was being operated by appellant, when he fell asleep or " blacked out " and it veered to the left and collided with a telephone pole, causing the injuries complained of. Order reversed, without costs, and motion denied. The record presents triable issues which may not be resolved on a motion for summary judgment (*Phelan* v. *Houghton*, 9 A D 2d 767, revg. 16 Misc 2d 227; *Butler* v. *Albert*, 1 A D 2d 43). Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan. JJ., concur.